THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent, *v.* THE BOARD OF RAILROAD COMMISSIONERS OF THE STATE OF NEW YORK et al., Appellants.

*People ex rel. N. Y. C. & H. R. R. R. Co.* v. *Bd. Railroad Comrs.*, 113 App. Div. 895, appeal dismissed.
(Argued January 14, 1907; decided January 15, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered June

15, 1906, which affirmed an order of Special Term denying a motion to quash a writ of certiorari.

*John A. Barhite* and *Horace G. Pierce* for appellants.

*Daniel M. Beach* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WERNER, HISCOCK and CHASE, JJ.